# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEPHEN NKANSAH** | : CIVIL ACTION |
| v. | : |
| **KLEINBARD LLC, EDWARD M. DUNHAM, JR., and ERIC J. SCHREINER** | : NO. 19-4472 |

## ORDER

**NOW**, this 26th day of February, 2020, upon consideration of the Motion of Defendants Kleinbard, LLC, Eric Schreiner, Esquire and Edward Dunham, Esquire to Dismiss Plaintiff's First Amended Complaint (Document No. 22), the plaintiff's response, and the defendants' reply, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. To the extent the motion seeks to dismiss Counts I and III of the Amended Complaint, it is **GRANTED**.

2. Counts I and III of the Amended Complaint are **DISMISSED**.

3. To the extent the motion seeks to dismiss Count II of the Amended Complaint, it is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.