# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN NKANSAH** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **KLEINBARD LLC, EDWARD M.** | : | |
| **DUNHAM, JR., and ERIC J. SCHREINER** | : | NO. 19-4472 |

## ORDER

**NOW**, this 1st day of April, 2021, upon consideration of the Motion for Summary Judgment of Defendants Kleinbard, LLC, Eric Schreiner, Esquire and Edward Dunham, Esquire (Doc. No. 68), the plaintiff's response, the defendants' reply and after oral argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants Kleinbard LLC, Edward M. Dunham, Jr., and Eric J. Schreiner and against the plaintiff Stephen Nkansah.

/s/ TIMOTHY J. SAVAGE J.